IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LEVAR V. WADE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  06-3059 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Petitioner Levar Wade's Motion for Leave to Appeal in Forma Pauperis (d/e 15) with Accompanying Affidavit (d/e 16) (collectively IFP Motion) and his Motion for a Certificate of Appealability (COA Request) (d/e 17).  For the reasons set forth below, Wade's IFP Motion is allowed and his COA Request is denied.

A.   IFP MOTION

Wade's IFP Motion is pending before the Court.  Wade avers that he has no assets and a monthly income of $185.00, with monthly expenses of $175.00.  Wade's current prison account statement reveals that he has an available account balance of $6.39.  Based on the information contained in

1

Wade's account statement and Affidavit, his IFP Motion is allowed.

B.   COA REQUEST

If a petitioner files a notice of appeal, the district judge who rendered the judgment must either issue a COA or state why a certificate should not be issued. A court may issue a COA for a decision denying a 28 U.S.C. § 2255 petition "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In order for a COA to be granted, Wade must show that "reasonable jurists could debate whether the challenges in his habeas petition should [have] been resolved differently or that his petition adequately shows a sufficient chance of the denial of a constitutional right that he deserves encouragement to proceed further." Rutledge v. United States, 230 F.3d 1041, 1047 (7th Cir. 2000). Wade's Notice of Appeal (d/e 14) fails to identify any specific issues that he wishes to raise on appeal. By Text Order dated June 8, 2007, this Court directed Wade to identify such issues by July 6, 2007. Wade filed the pending COA Request on July 9, 2007, but again, he fails to identify his issues for appeal. The Court has independently reviewed the record and finds no basis for granting a COA. Thus, Wade's COA Request is denied.

THEREFORE, Wade's Motion for Leave to Appeal in Forma Pauperis

(d/e 15) is ALLOWED and his Motion for a Certificate of Appealability (d/e 17) is DENIED.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:  July 11, 2007.

    FOR THE COURT:

                        s/ Jeanne E. Scott
                        JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE